# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-1574
_____

GRANT STERN,

   Appellant,

   v.

FLORIDA GOVERNOR RON
DESANTIS; and the EXECUTIVE
OFFICE OF THE GOVERNOR OF
FLORIDA,

   Appellees.

_____


On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

November 15, 2023


PER CURIAM.

AFFIRMED. *See Roldan v. City of Hallandale Beach*, 361 So. 3d 348 (Fla. 4th DCA 2023) (holding that a requestor's single written request for public records could not serve as the "written notice identifying the public records request" required to recover attorney's fees under section 119.12(1)(b), Florida Statutes).

ROWE, RAY, and WINOKUR, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————

George A. David and Jeffrey A. Trinz of George A. David, P.A., Coral Gables, for Appellant.

Ryan Newman, General Counsel, and Daniel Whitehead, Assistant General Counsel, and Andrew King, Assistant General Counsel, and Christopher DeLorenz, Assistant General Counsel, Executive Office of the Governor, Tallahassee, for Appellees.